IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | MAGISTRATE ACTION |
| v. : | |
| : | NO. 14-84 |
| CHRISTOPHER J. GOLDSTEIN, : | |
| Defendant. : | |
| UNITED STATES OF AMERICA : | |
| : | MAGISTRATE ACTION |
| v. : | |
| : | NO. 14-85 |
| DONALD L. DEZARN, : | |
| Defendant. : | |

### ORDER

**AND NOW**, this 19th day of August 2014, upon consideration of the Appeals from the Judgments and Sentences of Magistrate Judge Jacob P. Hart, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Judgments and Sentences are **AFFIRMED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**